# Court of Appeals
# of the State of Georgia

ATLANTA, __January 21, 2015__

*The Court of Appeals hereby passes the following order:*

**A15A0861.  ROBERT BARBEE v. THE STATE.**

Robert Barbee was convicted of three counts of burglary, and his convictions were affirmed on appeal.  See *Barbee v. State*, 308 Ga. App. 322 (707 SE2d 550) (2011).   Barbee has since filed a "Motion to Modify, Correct, or Set Aside and Vacate Sentence by a Person in State Custody."  The trial court denied his motion on November 24, 2014, and Barbee filed his notice of appeal.

In Barbee's direct appeal of his convictions, we rejected the same argument that he raised in the motion filed in connection with this appeal; i. e., that the trial court improperly sentenced him as a recidivist because his prior crimes were consolidated for trial.  See *Barbee*, supra at 326-327 (5).  "It is axiomatic that the same issue cannot be relitigated *ad infinitum*.  The same is true of appeals of the same issue on the same grounds."  *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000); see also *Jordan v. State*, 253 Ga. App. 510, 511 (2) (559 SE2d 528) (2002). Our ruling in the prior appeal is res judicata. See *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007).  Thus, Barbee is estopped from seeking further judicial review on this issues. See id; see also *Ross v. State*, 310 Ga. App. 326, 328 (713 SE2d 438) (2011) (law of the case rules bars successive void sentence appeals). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*   01/21/2015

    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*